**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

```
JOHN J. LYNCH, SR.,              :
                                 :
            Plaintiff            :      CIVIL ACTION
                                 :
      v.                         :
                                 :      NO. 11-cv-3579
VINCENT FENERTY, et al.,         :
                                 :
            Defendants.          :
```

**ORDER**

AND NOW, this 24th day of July, 2012, upon consideration of Defendants P/O Williams, P/O Badge No. 9550, and P/O Ryan's Motion for Summary Judgment (Doc. No. 48), it is hereby ORDERED that the Motion is GRANTED, and Judgment is entered in favor of the said moving Defendants as a matter of law on all of Plaintiff's claims against them.

BY THE COURT:

s/J. Curtis Joyner
J. CURTIS JOYNER, C.J.